70 A.3d 308

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner

v.

Malik James TUMA, Respondent.

Misc. Docket AG No. 102, Sept. Term, 2012.

Court of Appeals of Maryland.

July 22, 2013.

## *ORDER*

The Court of Appeals of Maryland, having considered the Joint Petition of the Attorney Grievance Commission of Mary-

land and the Respondent, Malik James Tuma, to reprimand the Respondent, it is this 22nd day of July, 2013;

ORDERED, that the Joint Petition be, and it is hereby GRANTED, and the Respondent, Malik James Tuma, is reprimanded by consent for violating Maryland Lawyers' Rules of Professional Conduct 8.1(b).